# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00420-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD<br><br>(ECF No. 12) |

On June 29, 2022, the parties filed a stipulated motion requesting the deadline to file the administrative record be extended from June 30, 2022, to July 21, 2022, to facilitate settlement discussions. (ECF No. 12.) The Court finds good cause to grant the request.

Accordingly, the stipulated motion (ECF No. 12) is GRANTED, and Defendant shall the file the administrative record on or before July 21, 2022.

IT IS SO ORDERED.

Dated: __**June 30, 2022**__

                                              UNITED STATES MAGISTRATE JUDGE