# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RILEY,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:21-cv-00420-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF Nos. 16, 17, 18) |

On March 15, 2021, Plaintiff Emma Riley filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) Plaintiff's opening brief was due July 20, 2022, (ECF No. 18), however, Plaintiff did not timely file an opening brief. Accordingly, on September 7, 2022, the Court issued an order to show cause in writing why sanctions should not issue. (ECF No. 16.)

Later that same day, Plaintiff filed the opening brief. (ECF No. 17.) On September 12, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 18.) In response to the order to show cause, counsel proffers the brief was late filed due to a calendaring error, apologies to the Court for the error, and requests a one-day extension to file the opening brief. Having reviewed the response, the Court shall discharge the order to show cause and grant Plaintiff's

requested relief.

Accordingly, IT IS HEREBY ORDERED that the Court's September 7, 2022 order to show cause (ECF No. 16) is DISCHARGED. Plaintiff's nunc pro tunc request for an extension to file the opening brief by September 7, 2022, is GRANTED. The remaining filing deadlines set forth in the Court's April 1, 2022 amended scheduling order (ECF No. 11) are continued accordingly.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

UNITED STATES MAGISTRATE JUDGE