# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00420-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE RESPONSIVE BRIEF<br><br>(ECF No. 11)<br><br>**DEADLINE: OCTOBER 31, 2022** |

On March 15, 2021, Plaintiff Emma Riley filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On April 1, 2022, the Court issued a scheduling order. (ECF No. 11.) Pursuant to the amended scheduling order, Defendant's responsive brief was due 45 days after the filing of Plaintiff's opening brief. (Id. at 2.) Plaintiff filed her opening brief on September 7, 2022 (ECF No. 17); thus Defendant's responsive brief was due by October 24, 2022. However, an independent review of the docket reveals that, as of October 26, 2022, neither the responsive brief, nor other filings, have been submitted.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

1

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Defendant's failure to timely file the responsive brief constitutes a failure to comply with the Court's order. Accordingly, Defendant will be directed to show cause why sanctions should not issue for failure to lodge the administrative record in compliance with the Court's April 1, 2022 scheduling order (ECF No. 11).

Based on the foregoing, IT IS HEREBY ORDERED that **no later than October 31, 2022**, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the Court's orders and timely file a responsive brief in this matter. Failure to comply with this order will result in the imposition of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **October 26, 2022**

UNITED STATES MAGISTRATE JUDGE