# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00420-SAB<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(G)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 22, 23) |

On March 15, 2021, Plaintiff Emma Riley filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 27, 2022, the Court issued an order to show cause for failure to file a responsive brief. (ECF No. 22.) Later that day, the parties filed a stipulation agreeing to a voluntary remand of this matter for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). (ECF No. 23.) However, a response to the Court's order to show cause was never filed.

Defendant is admonished for the failure to respond directly to the Court's order. Failure to respond appropriately in future will result is sanctions. Nevertheless, in this matter, the

Court shall discharge the order to show cause.

Furthermore, pursuant to the terms of the stipulation, the Commissioner will further develop the record as necessary, and issue a new decision. (ECF No. 23.) The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's October 27, 2022 order to show cause (ECF No. 22) is DISCHARGED.

2. The above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

3. Judgment is entered in favor of Plaintiff Emma Riley and against Defendant Commissioner of Social Security; and

4. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **October 31, 2022**

UNITED STATES MAGISTRATE JUDGE