# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00420-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 27) |

　　　　Emma Riley ("Plaintiff") filed the complaint in this action on March 15, 2022. (ECF No. 1.) On October 31, 2022, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 25, 26.) On December 14, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $5,000.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and $402.00 in costs pursuant to 28 U.S.C. § 1920. (ECF No. 27.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,
2 Plaintiff is awarded attorney fees under the EAJA in the amount of $5,000.00, and $402.00 in
3 costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

UNITED STATES MAGISTRATE JUDGE